■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WALKER, Appellant. [727 NYS2d 647] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered April 28, 1999, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of depraved indifference murder beyond a reasonable doubt, either as a principal or under an acting in concert theory (*see, People v Brathwaite,* 63 NY2d 839; *People v Register,* 60 NY2d 270, *cert denied* 466 US 953).

Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]; *People v Gaimari,* 176 NY 84; *People v Samuels,* 203 AD2d 494). O'Brien, J. P., S. Miller, Schmidt and Cozier, JJ., concur.